698

Roy Junior BRADLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28819.

Court of Criminal Appeals of Texas.

Feb. 13, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty before the court, is for the unlawful possession of heroin; the punishment, five years.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

George Norrel THOMASON, Appellant,

v.

The STATE of Texas, Appellee.

No. 28875.

Court of Criminal Appeals of Texas.

March 13, 1957.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., Charles D. Cabaniss, Asst. Criminal Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 10 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.